```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| **NICOLAS ANDERSON,** | ) | **CASE NO. 8:09-CV-236** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **HANDS OF HEARTLAND, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Motion to Withdraw filed by Sandra L. Maass. Substitute counsel has entered an appearance. The Court finds that Sandra L. Maass should be permitted to withdraw as counsel for the defendant, Hands of Heartland, Inc., in the above-captioned litigation.

**IT IS ORDERED** that the Motion (Filing No. 22) is granted. Sandra L. Maass is granted leave to withdrawal as counsel for the defendant, Hands of Heartland, Inc., in the above-captioned litigation.

**DATED May 21, 2010.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**