## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICOLAS ANDERSON** | ) | **CASE NO. 8:09CV236** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **HANDS OF HEARTLAND, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 30). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 30) is approved;

2. All claims asserted by Plaintiff Nicolas Anderson against Defendant Hands of Heartland, Inc., are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 22th day of June, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge